UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOME DESIGN SERVICES, INC.,**
    **Plaintiff,**

-vs-               Case No. 6:03-cv-596-Orl-31DAB

**SCHWAB DEVELOPMENT CORPORATION,**
d/b/a Schwab Custom Homes,
**WILLIAM D. KLEIN,**
**MICHAEL P. SCHWAB,**
    **Defendants.**

## ORDER

This case is before the Court on Defendants' Motion for Attorney's Fees (Doc. No. 217) filed March 7, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

 1. That the Report and Recommendation filed September 13, 2007 (Doc. No. 236) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

 2. Defendants' Motion for Attorney's Fees is **GRANTED in part.**

 3. Judgment is hereby entered in the amount of $51,200.00 ($50,000.00 in attorney's fees plus $1,200.00 in expert witness fee) in favor of Defendants and against

Plaintiff and its counsel, jointly and severally, and in the amount of $30,000.00 in favor of Defendants and against Plaintiff.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of October, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party